AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| SILAS TIDE BAYSDEN | ) | Case No. |
| | ) | |
| *Defendant(s)* | ) | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 13, 2017__ in the county of _____ in the
_____ District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 2113(a) | by force, violence and intimidation, did take from the person or presence of another, money belonging to and in the care, custody, control, management, and possession of the HSBC Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation. |

This criminal complaint is based on these facts:

SEE ATTACHED STATEMENT OF FACTS

☑ Continued on the attached sheet.

*Complainant's signature*

MICHAEL BROWN, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: 02/14/2017

*Judge's signature*

City and state: Washington, D.C.   G. MICHAEL HARVEY, Magistrate Judge
*Printed name and title*